## Badami, Appellant, *v.* Dimson et al.

Argued December 5, 1973. *George J. O'Neill,* for appellant; *Benjamin E. Zuckerman,* with him *Robert J. Klein, Meltzer & Schiffrin,* and *Wright, Spencer, Manning and Sagendorph,* for appellees, Dimson et al.; *Wallace A. Murray, Jr.,* with him *Wisler, Pearlstine, Talone, Craig & Garrity,* for appellees, Norristown Herald, Inc., et al.

OPINION PER CURIAM: Judgment affirmed on the opinion of Judge HONEYMAN of the court below.

SPAULDING, J., absent.

## Colditz, Appellant, *v.* Hawkins Transportation, Inc. et al., Appellants.

Argued November 16, 1973. *Gerald W. Weaver,* with him *Bagley, Weaver, Sydor & Heck,* Attorneys for Patricia Colditz; *John E. Kunz,* with him *Meyer, Darragh, Buckler, Bebenick & Eck,* Attorneys for Hawkins Transportation, Inc.; *Frederick N. Egler,* with him *Robert J. Pfaff,* and *Egler, McGregor & Reinstadtler,* Attorneys for David Tesone Trucking, Inc.

Orders and judgment affirmed.

SPAULDING, J., absent.